In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00020-CR


______________________________




MICHAEL ANDREW BAIN, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the Criminal District Court No. 5


Dallas County, Texas


Trial Court No. F01-52563-VL




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Michael Andrew Bain appeals from his conviction for the offense of robbery. This is one
of six appeals brought by Bain from his convictions. He was convicted in a single, consolidated trial,
based on his guilty plea (without a plea agreement), to three indictments for aggravated robbery of
an elderly person, two indictments for robbery, and one indictment for theft. A jury assessed his
punishment at eighty-five years' imprisonment in the aggravated robbery convictions, forty years'
imprisonment for the robbery convictions, and two years' confinement in a state jail facility for the
theft conviction. The causes have been appealed separately and have been briefed together. Since the briefs and arguments raised therein are identical in all appeals, for the reasons
stated in Michael Andrew Bain v. The State of Texas, No. 06-02-00017-CR, we likewise resolve the
issues in this appeal in favor of the State.

 We affirm the judgment of the trial court.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: June 18, 2003

Date Decided: July 1, 2003


Do Not Publish